## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **RACHEL HENDRICK,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| v. | ) | Civil No.   09-139-P-S |
| | ) | |
| **ALMAR, INC., d/b/a CODY'S** | ) | |
| **ORIGINAL ROADHOUSE,** | ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER AFFIRMING THE
## <u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 17) filed July 26, 2009, the Recommended Decision is **<u>AFFIRMED</u>**.

Accordingly, it is **<u>ORDERED</u>** that the Motion to Dismiss (Docket No. 5) filed by Defendant, Almar, Inc., is **DENIED**.

 /s/ George Z. Singal         
United States District Judge

Dated this 11th day of August, 2009.