## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **RACHEL HENDRICK,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Civil No.   09-139-P-S |
| ) | |
| **ALMAR INC., d/b/a CODY'S** ) | |
| **ORIGINAL ROADHOUSE, et al.,** ) | |
| ) | |
| **Defendants** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 21) filed September 28, 2009, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Motion to Dismiss filed by Defendant The Farmhouse, Inc. (Docket No. 16) is **DENIED**.

      /s/ George Z. Singal
      United States District Judge

Dated this 19th day of October, 2009.